IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 15-10996 |
| CREW DEVELOPMENT, LLC, | § | |
| | § | |
| DEBTOR | § | CHAPTER 11 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE IN CHAPTER 11 CASE

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned Chapter 11 case as counsel for Southern Independent Bank pursuant to Rules 2002, 9007 and 9001(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §1109(b), and hereby requests that all notices given or required to be given and all papers or pleadings served or required to be served in this Chapter 11 case be delivered and served upon Southern Independent Bank at the address of its counsel as set forth below and that the following name be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as set forth below:

> Robert P. Reynolds, Esq.
> Reynolds, Reynolds & Little, LLC
> Post Office Box 2863
> Tuscaloosa, Alabama
> Telephone: 205-391-0073
> Fax: 205-391-0911
> E-mail: rreynolds@rrllaw.com

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. §1109(b), the foregoing request includes all notices, papers and pleadings referred to in the above-mentioned Federal Rules of Bankruptcy Procedure together with all orders and notices of applications, motions, petitions, pleadings, demands, complaints or other documents which, in any way, affect the above-captioned debtor, its property or any related adversary proceeding.

PLEASE TAKE FURTHER NOTICE that Southern Independent Bank does not intend for this notice or appearance or any later appearance, pleading, claim, or suit to constitute a waiver of (1) the right of Southern Independent Bank to have final orders in non-core matters entered only after de novo review by the District Court, (2) the right of Southern Independent Bank to a trial by jury in any proceeding so triable in this case or in any case, controversy or proceeding related to this case, (3) the right of Southern Independent Bank to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other right, claim, action, defense, set off or recoupment to which Southern Independent Bank is or may be entitled. Further, this Entry of Appearance constitutes a special appearance and is not to be deemed a consent to or waiver of the right to challenge the jurisdiction of the Bankruptcy Court, including without limitation, the jurisdiction of the Court to adjudicate non-core matters, all of which rights are reserved without prejudice.

    /s/ Robert P. Reynolds
Robert P. Reynolds
Attorney for Southern Independent Bank
Code No. REYNR4202

OF COUNSEL:

REYNOLDS, REYNOLDS & LITTLE, LLC
Post Office Box 2863
Tuscaloosa, Alabama 35403-2863
Telephone: 205-391-0073
Facsimile: 205-391-0911
Email: rreynolds@rrllaw.com
Our File No. 83.0032-B

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 21st day of May, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM-ECF system, which will send notification of such filing to all parties requesting electronic service, and/or served a copy of the above and foregoing upon the following, if any, by depositing a copy of the same in the United States mail, properly addressed and first-class postage prepaid:

| | |
|---|---|
| Collier H. Espy, Jr., Esq. | Bankruptcy Administrator |
| Espy, Metcalf & Espy, P.C. | U.S. Bankruptcy Administrator |
| Post Office Drawer 6504 | One Church Street |
| Dothan, Alabama 36302-6504 | Montgomery, Alabama 36104 |
| Email: kc@espymetcalf.com | |

                                                            */s/ Robert P. Reynolds*
                                            Of Counsel for Southern Independent Bank

NOA (RPR) (CH 11).83.0032-B